UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGEY VIKTOROVICH PAUSHOK,<br><br>                     Plaintiff,<br><br>  -against-<br><br>TORDAI GANBOLD et al,<br><br>                     Defendants | 20 Civ. 04769 (JSR)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Mitchell J. Geller of Holland & Knight LLP hereby appears on behalf of Defendant Batzorig Baatar in the above-captioned action and respectfully requests that he be electronically served (at his e-mail address listed below) with a copy of all future submissions to the Court.

Dated: August 12, 2020
        New York, New York

/s *Mitchell J. Geller*
Mitchell J. Geller
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
mitchell.geller@hklaw.com
Tel:   (212) 513-3483
Fax:  (212) 341-7152

#77739176_v1