UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGEY VIKTOROVICH PAUSHOK<br><br>Plaintiff,<br><br>-against-<br><br>GANBOLD TORDAI, et al.,<br><br>Defendants. | 20-cv-04769 (JSR)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, a member of this Court and in good standing, hereby appears as counsel for Ganbold Tordai. The undersigned requests that all future notices given or required to be given in these proceedings, and all papers filed in these proceedings, be electronically served upon the undersigned at the email address set forth below.

Dated:  New York, New York
        August 13, 2020

                                OTTERBOURG P.C.

                        By:     /s/Erik B. Weinick
                                Erik B. Weinick
                                230 Park Avenue
                                New York, New York 10169
                                Telephone: (212) 661-9100
                                Email: eweinick@otterbourg.com

1