**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
SERGEY VIKTOROVICH PAUSHOK,

          Plaintiff

    v.

TORDAI GANBOLD;
GAZPROMBANK JSC;
BATZORIG BAATAR;
OLEG TITARENKO;
VLADIMIR PROTASOV;
ALEXANDER MURANOV

          Defendants
-----------------------------------------------------------------x

Civil Case No.: 2020-04769 (JSR)

**ORDER**

## [PROPOSED] ORDER

WHEREAS, pursuant to the Rule 16 Conference held in this matter on August 14, 2020, Plaintiff, on August 21, 2020, filed his motion for substituted service, including the Declaration of Sergey Paushok in Russian original and English language translation (collectively, "the Paushok Declaration"); and

WHEREAS, the Paushok Declaration did not contain the complete language set forth in 28 U.S.C. § 1746; and

WHEREAS, Plaintiff proposes to file a corrected version of the Paushok Declaration containing the complete statutory language; and

WHEREAS, Holland & Knight LLP, counsel for Defendant Batzorig Baatar and counsel, by special appearance, for Defendants Gazprombank JSC, Oleg Titarenko, Vladimir Protasov and

Alexander Muranov, have no objection to the filing of the corrected version of the Paushok Declaration with the complete statutory language of 28 U.S.C. § 1746;

**IT IS HEREBY ORDERED:**

1. Plaintiff may file via ECF a corrected version of the Paushok Declaration.

Dated: August 27, 2020
      New York, New York

                                          _____
                                          JED S. RAKOFF
                                          U.S.D.J.

2