```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
SERGEY VIKTOROVICH PAUSHOK,                                             :
                                                                        :
                                Plaintiff,                              :
                                                                        :            20-CV-4769 (JPC)
                -v-                                                     :
                                                                        :                ORDER
TORDAI GANBOLD et al.,                                                  :
                                                                        :
                                Defendants.                             :
                                                                        :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020

JOHN P. CRONAN, United States District Judge:

The Court adjourned the deadline to submit the joint letter required by the Court's Notice of Reassignment to November 20, 2020 (Dkt. 50). Accordingly, the conference scheduled for November 5, 2020 is adjourned *sine die*. The Pretrial Conference scheduled for December 17, 2020, at 1:30 p.m. will take place as scheduled.

SO ORDERED.

Dated: October 28, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge