```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SERGEY VIKTOROVICH PAUSHOK,                                      :
                                                                 :
                                Plaintiff,                       :
                                                                 :           20-CV-4769 (JPC)
                -v-                                              :
                                                                 :               ORDER
TORDAI GANBOLD et al.,                                           :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020

JOHN P. CRONAN, United States District Judge:

The Pretrial Conference scheduled for December 17, 2020, at 1:30 p.m. is hereby adjourned *sine die*. If appropriate, the Court will schedule an Initial Pretrial Conference after disposition of the pending motions.

SO ORDERED.

Dated: December 11, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge