# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SERGEY VIKTOROVICH PAUSHOK,

                Plaintiff,

-against-                                  20 **CIVIL** 4769 (JPC)

## JUDGMENT

TORDAI GANBOLD et al.,

                Defendants.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2021, Defendants' motions to dismiss pursuant to Rule 12(b)(6) are granted as to Paushok's FDCPA claim. Because the Court finds that any amendment would be futile, the FDCPA claim is dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over Paushok's remaining N.Y. G.B.L. § 349 claim, which is dismissed without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

      March 18, 2021

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                          **BY:**                 K. Mango

                                                    **Deputy Clerk**